IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: TDC-15-3185 |
| **JOHN DOE,** | * | |
| Defendant. | * | |

## ORDER

Before this Court is Plaintiff's Motion for Entry of Default Judgment Against Defendant (ECF No. 28; ECF No. 29). The matter has been referred to the undersigned for a Report & Recommendation. On review of the Motion, the Court finds deficiencies in the documentation provided in support of the awarding of attorneys' fees. ECF No. 28-5 (the "Declaration"). The Court will hold a hearing regarding the award of fees. Plaintiff's counsel shall present more complete documentation which supports each entry submitted in the Declaration.

Therefore it is this 3rd day of October, 2017, by the District Court for the District of Maryland,

**ORDERED** that a hearing will be held on October 19, 2017, at 10:00 a.m., and Plaintiff's counsel shall appear with the documentation requested.

October 3, 2017                                                  /s/
                                                    Charles B. Day
                                                    United States Magistrate Judge

CBD/gbc